IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROSE MIRANDA,                          )
                                       )    2:08-cv-03023-GEB-DAD
          Plaintiff,                   )
                                       )    ORDER
     v.                                )
                                       )
SWIFT TRANSPORTATION CO., INC.,        )
an Arizona Corporation,                )
                                       )
          Defendant.                   )
                                       )
```

        Plaintiff's "Substitution of Attorney and (Proposed) Order" filed June 8, 2009, fails to comply with requirement in the applicable Local Rule and is therefore stricken.

        Further, Plaintiff's "Stipulation for Continuance of Trial, Discovery, and Motion Dates" filed on June 18, 2009, assumes Plaintiff is proceeding in pro per when she is still represented by counsel.  Therefore, this stipulation is also stricken.

Dated:  June 25, 2009

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge