```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ROSE MIRANDA,                       )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>         v.                          )<br>                                     )<br> SWIFT TRANSPORTATION CO., INC.,     )<br> an Arizona Corporation,             )<br>                                     )<br>              Defendant.             )<br>_____)| 2:08-cv-03023-GEB-DAD<br><br><u>AMENDMENTS TO<br>SCHEDULING ORDER</u> |

On July 1, 2009, the parties filed a stipulation in which they seek to have the following scheduled dates rescheduled: expert witness disclosure, discovery completion, last law and motion hearing date, final pretrial conference, and the trial commencement. The scheduling dates will be modified as the parties' proposed except for their proposed last motion hearing date since the date the parties' proposed is not a regularly scheduled civil law and motion date. Therefore, the Scheduling Order is modified as follows:

///

///

1

(1)  Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before October 9, 2009;

(2)  all discovery shall be completed by December 8, 2009;

(3)  the last hearing date for motions is February 8, 2010, commencing at 9:00 a.m.;

(4)  the final pretrial conference is scheduled to commence at 3:30 p.m. on April 12, 2010; and,

(5)  trial will commence at 9:00 a.m. on July 6, 2010.

IT IS SO ORDERED.

Dated:  July 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2