IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|   |   |   |
|---|---|---|
| ROSE MIRANDA, | ) | 2:08-cv-03023-GEB-DAD |
| Plaintiff, | ) | |
| | ) | <u>ORDER RE: SETTLEMENT</u> |
| v. | ) | <u>AND DISPOSITION</u> |
| | ) | |
| SWIFT TRANSPORTATION CO., INC. | ) | |
| Defendant. | ) | |

       On January 6, 2010 Plaintiff filed a Notice of Settlement in which she states "the parties . . . have reached a settlement[,]" and "are in the process of finalizing the settlement . . . " "The parties intend to complete the final paperwork no later than January 27, 2010."  Therefore, a dispositional document shall be filed no later than January 28, 2010.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

       The final pretrial conference scheduled for April 12, 2010 will remain on calendar in the event that no dispositional document

1

is filed, or if this action is not otherwise dismissed.  Further, a joint pretrial statement shall be filed seven days prior to the conference.[1]

IT IS SO ORDERED.

Dated:  January 11, 2010

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).